Taylor, judge,
 

 after argument — -The record of the judgment is that which is referred to hy the plea of
 
 nul tiel
 
 record ; and that agrees with the judgment stated in the
 
 sci.fa.
 
 though not with the
 
 ca. sa.
 
 the record therefore sufficiently disproves the plea» As to the insufficiency of the gaol, that forms no excuse for not taking bail; for by the act of IbSS, relative to the rebuilding <>f Franklin gaol, it is provided by a public clause, that the sheriff shall carry his prisoner to the gaol of the district»— As to the dormancy of the judgment, the cases cited 2 L. Ray, 1096, 6 Mo. 256, 304, prove that the bail cannot take advantage of that circumstance.
 

 judgment for the plaintiff.